# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br>ANTHONY C. GREFFENREID<br>　Debtor<br>_____<br>SPECIALIZED LOAN SERVICING LLC<br>　Movant<br>v.<br>ANTHONY C. GREFFENREID<br>　Debtor/Respondent<br>and<br>ROBERT S. THOMAS, II<br>　Trustee/Respondent | Case No. 18-24367-MMH<br><br>Chapter 13 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## (REAL PROPERTY)

Specialized Loan Servicing LLC ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay, with respect to certain real property of the Debtor having an address of 675 President Street, Unit #2308, Baltimore, MD 21231 (the "Property"), for all purposes allowed by the Note (defined below), the Deed of Trust (defined below), and applicable law, including but not limited to the right to foreclose. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on October 30, 2018.

2. The Debtor has executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $261,155.00 (the "Note"). A copy of the Note is attached hereto.

3. Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Deed of Trust are secured by the Property. The lien created by the Deed of Trust was perfected by recording of the Deed of Trust in the office of the Clerk of the Circuit Court of Baltimore City, Maryland. A copy of the recorded Deed of Trust is attached hereto.

4. The Debtor was in default at the time the present bankruptcy was filed. The Debtor owed prepetition arrears of $28,928.74. The prepetition arrearage is detailed in the Movant's Proof of Claim.

5. As of May 2, 2019, the estimated outstanding Obligations are:

| | |
|---|---:|
| Unpaid Principal Balance | $254,489.46 |
| Unpaid, Accrued Interest | $21,519.56 |
| Uncollected Late Charges | $337.32 |
| Mortgage Insurance Premiums | $0.00 |
| Taxes and Insurance Payments on behalf of Debtor | $4,002.31 |
| Other Costs | $3,268.67 |
| Less: Partial Payments | ($969.56) |
| Minimum Outstanding Obligations | $282,647.76 |

6. The following chart sets forth the number and amount of postpetition payments due pursuant to the terms of the Note that have been missed by the Debtor as of May 2, 2019.

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 3 | 02/01/2019 | 04/01/2019 | $2,346.00 | $7,038.00 |
| 1 | 05/01/2019 | 05/01/2019 | $2,359.50 | $2,359.50 |
| Less postpetition partial payments (suspense balance): | | | | ($154.00) |
| **Total Postpetition Payments:** | | | | **$9,243.50** |

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof; in connection with seeking the relief requested in this Motion, Movant has also incurred $1,050.00 in legal fees and $181.00 in costs.

8. The estimated market value of the Property is $252,942.00. The basis for such valuation is the Debtor`s Schedules.

9. Based upon the Schedules of the Debtor and the amount of the Obligations described herein, the aggregate amount of encumbrances on the Property is $282,647.76.

10. Cause exists for relief from the automatic stay for the following reasons:

    (a) Movant's interest in the Property is not adequately protected. The Debtor has failed to make required postpetition payments.

    (b) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

11. Specialized Loan Servicing, LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or

the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. For such other relief as the Court deems proper.

Dated:   May 21, 2019

Respectfully Submitted,
BWW Law Group, LLC

/s/ Nikita Joshi
Nikita Joshi, Esq.
MD Fed. Bar No. 19720
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Movant*

BWW#:MD-328383

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of May, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Robert S. Thomas, II, Trustee

David M. Silbiger, Esq.

      I hereby further certify that on this 21st day of May, 2019, a copy of the foregoing Motion for Relief from Automatic Stay was also mailed first class mail, postage prepaid, to:

Anthony C. Greffenreid
115 Laburnum Road
Edgewood, MD 21040

Anthony C Greffenreid
675 President Street, Unit #2308
Baltimore, MD 21231

/s/ Nikita Joshi
Nikita Joshi, Esq.