United States Bankruptcy Court
District of Maryland

In re:                                                              Case No. 18-24367-MMH
Anthony C. Greffenreid                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1     User: tsukeena         Page 1 of 1         Date Rcvd: Nov 25, 2019
                         Form ID: stint         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
db             +Anthony C. Greffenreid,   115 Laburnum Road,   Edgewood, MD 21040-3507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:
              David M. Silbiger    dsilbiger@silbigerlawoffices.com,   dsilbigerlaw@aol.com
              Diana C. Theologou    dtheologou@silvermanlegal.com
              Morgan W. Fisher    trustee@morganfisherlaw.com,   MD65@ecfcbis.com
              Nikita Rajendra Joshi    Nikita.Joshi@bww-law.com,   bankruptcy@bww-law.com
              Robert S. Thomas    ECF@ch13balt.com,   rthomas13@ecf.epiqsystems.com
                                                                                          TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: **18–24367 – MMH**   Chapter: **7**

**Anthony C. Greffenreid**
Debtor

# NOTICE OF MISSING STATEMENT OF INTENT

DOCUMENT: **Voluntary Petition**

PROBLEM: **The Statement of Intention is missing.**

CURE: **The Statement of Intention shall be filed with the Court by the date below.**
**A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.**

**The above deficiency must be cured by 12/26/19 , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non−attorney filers is available at http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 11/25/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Todd Sukeena
410−962−4072

cc:  Debtor
     Attorney for Debtor − David M. Silbiger

Form stint (rev. 03/2005)